**Order filed February 3, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00007-CV
_____

**GOPIKRISHNA P. DORAISWAMY, Appellant**

**V.**

**PIPING TECHNOLOGY & PRODUCTS, INC., Appellee**

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-53760**

---

## O R D E R

The notice of accelerated appeal in this case was filed December 30, 2014. The record in this appeal was due January 9, 2015, but no clerk's record has been filed. On January 13, 2015, the clerk responsible for preparing the record notified this court that appellant had not made payment arrangements for the record. That day, the clerk of this court notified appellant that the appeal was subject to dismissal unless appellant provided the court with proof of payment for the record on or before January 28, 2015. No response was filed.

Therefore, the court issues the following order.

Appellant is ordered to pay for preparation of the clerk's record and have the record filed in this court on or before **February 20, 2015.** If appellant fails to comply with this order, the appeal will be dismissed.

PER CURIAM